NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0721
    Facsimile: (213) 894-0141
    E-mail:   John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ABENS MAURICE,<br><br>    A Fugitive from the Government of Ireland. | No. 2:19-cv-10065-JFW-E<br><br>[~~Proposed~~] CERTIFICATION OF EXTRADITABILITY AND ORDER OF COMMITMENT |

The Court has received the Complaint filed on October 18, 2019, by John J. Lulejian, Assistant United States Attorney for the Central District of California, pursuant to the request of the Government of the Ireland, for the extradition of ABENS MAURICE ("MAURICE"). The Court has also received an Affidavit of Consent to Extradition, dated December 6, 2019, executed by MAURICE and witnessed by his attorney, Deputy Federal Public Defender Adam Olin.

On December 6, 2019, MAURICE appeared before the Court in open session, accompanied by his attorney, and in the presence of the aforementioned Assistant United States Attorney. The Court addressed

1 | MAURICE and is satisfied that he is aware of his rights as set forth
2 | in the affidavit of consent to extradition and that the affidavit was
3 | executed knowingly and voluntarily.
4 |     Inasmuch as MAURICE has conceded that he is extraditable on the
5 | charges for which extradition was requested, and has consented to a
6 | certification by this Court to that effect, ~~and has further consented~~
7 | ~~to remain in the custody of the United States Marshal pending arrival~~
8 | ~~of duly authorized representatives of the Government of Ireland to~~
9 | ~~effect his transfer to Ireland~~ the Court finds on the basis of the
10 | record herein and the representations of MAURICE and counsel that:
11 |     1.    The undersigned judicial officer is authorized under
12 | 18 U.S.C. § 3184, to conduct an extradition hearing;
13 |     2.    The Court has personal jurisdiction over MAURICE and
14 | subject matter jurisdiction over the case;
15 |     3.    There is currently in force an extradition treaty between
16 | the Government of the United States and the Government of Ireland:
17 | the Treaty on Extradition Between the United States of America and
18 | Ireland, U.S.-Ir., July 13, 1983, T.I.A.S. No. 10813, and the
19 | Instrument as contemplated by Article 3(2) of the Agreement on
20 | Extradition between the United States of America and the European
21 | Union signed 25 June 2003, as to the application of the Treaty on
22 | Extradition between the United States of America and Ireland, U.S.-
23 | Ir., July 14, 2005, S. Treaty Doc. No. 109-14 (2006) (collectively,
24 | the "Extradition Treaty");
25 |     4.    MAURICE has been charged in Ireland with one count of rape
26 | in violation of Section 48 Offences Against the Person Act, 1861 and
27 | Section 2 of the Criminal Law (Rape) Act, 1981 as amended by Section
28 | 21 of the Criminal Law (Rape) (Amendment) Act, 1990, and one count of

rape in violation of Section 4 of the Criminal Law (Rape) (Amendment) Act, 1990;

5. These charges constitute extraditable offenses within the meaning of Article II of the Treaty;

6. Ireland seeks the extradition of MAURICE to be held for trial or other disposition; and

7. MAURICE has stipulated that there is probable cause to believe that he committed the offenses for which extradition is sought.

Based on the foregoing, the Court concludes that MAURICE is extraditable for each offense for which extradition was requested, and certifies this finding to the Secretary of State as required under 18 U.S.C. § 3184.

The Court further observes that MAURICE expressly reserves all rights to contest the charges against him in Ireland, and by executing the Affidavit of Consent, he does not make any admissions or relinquish any rights in the Irish proceedings.

IT IS THEREFORE ORDERED that the Clerk of the Court deliver to the Assistant United Sates Attorney a certified copy of this Certification of Extraditability and the executed Affidavit of Consent to Extradition and, further, that the Clerk forward certified copies of the same to the Secretary of State (to the attention of the Legal Adviser) and the Director, Office of International Affairs, Criminal Division, U.S. Department of Justice, in Washington, D.C., for the appropriate disposition.

IT IS FURTHER ORDERED that MAURICE be committed to the custody of the United States Marshal pending final disposition of this matter by the Secretary of State and arrival of duly authorized

representatives of Ireland, at which time ABENS MAURICE together with any evidence seized incidental to his arrest and sought by the Government of Ireland will be transferred to the custody of such authorized representatives of Ireland at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the Government of Ireland to be transported to Ireland.

IT IS SO ORDERED.

Dated this 6th day of December, 2019.

_____
HONORABLE CHARLES F. EICK
United States Magistrate Judge

Presented by:

/s/ John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney